IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| Shannell Burwell | * |
|     Plaintiff, | * |
| v. | |
| | *   Case No. 1:20-cv-01859-ADC |
| Financial Management Solutions, LLC t/a FMS Financial Solutions, et al, | * |
|     Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR FINAL APPROVAL OF
## CLASS ACTION SETTLEMENT

Plaintiff Shannell Burwell ("Class Representative" hereinafter), individually and on behalf of all Maryland residents similarly situated ("the Class" or "Class Members" hereinafter), by and through undersigned counsel, files this Motion for Final Approval of the Settlement. Defendants consent to this motion. After providing notice to the Settlement Class of the Settlement, one Class Member has opted out, and no Class Members have objected. As of February 8, 2021, only two Class Notices of the 332 mailed—or 0.6%— have been confirmed to have failed to reach the Class Members despite all customary efforts.

For purpose of the Class Action Settlement, the Court has preliminarily approved the class definition in accordance with the Parties' Stipulation of Settlement to include the following individuals in the Settlement Class ("Class"):

> Those persons in the State of Maryland who (i) from June 18, 2019 to the present were (ii) sued in a lawsuit where the attorneys who filed the lawsuit were The Law Office of Monica Guilarte, LLC and Monica Guilarte, (iii)

where Financial Management Solutions, LLC t/a FMS Financial Solutions supplied an affidavit that was purportedly signed by Russell Thomas, stating that he was competent to testify that the defendants in those lawsuits owed the amounts set forth in the lawsuit, or had personal knowledge or a reasonable belief that the amounts were owed.

WHEREFORE, the Plaintiff requests that the Court enter the proposed Order Granting Final Approval of the Class Action Settlement. Plaintiff further urges, by separate motion, that the Court approve an Incentive Award to Class Representative Shannell Burwell; approve the *cy pres* recipient; and grant Attorney's Fees and Costs to Class Counsel.

Respectfully submitted,

*/s/ Chelsea Ortega*
Chelsea Ortega, Fed. Bar Number 19327
Jane Santoni, Fed. Bar Number 05303
Matthew Thomas Vocci, Fed. Bar Number 28235
Santoni, Vocci & Ortega, LLC
409 Washington Avenue, Suite 1000
Towson, Maryland 21204
Phone: (443) 921-8161
Fax: (410) 525-5704
cortega@svolaw.com
*Attorneys for the Plaintiff and Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2021, a copy of the Motion for Final Approval of Class Action Settlement and Memorandum in Support, was sent to all counsel of record when this motion was filed with the Court's ECF service.

*/s/ Chelsea Ortega*
Chelsea Ortega